Argued March 20, affirmed March 31, 1975

In the Matter of Meadows, Renee and Timothy, Minor Children.

## STATE EX REL JUVENILE DEPARTMENT OF MULTNOMAH COUNTY, *Respondent, v.* MEADOWS (No. 40,916), *Appellant.*

533 P2d 190

*Darrell E. Bewley,* Portland, argued the cause for appellant. With him on the brief was J. Reynolds Barnes, Portland.

*Betsy Welch,* Deputy District Attorney, Portland, argued the cause for respondent. With her on the brief was Harl Haas, District Attorney, Portland.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State ex rel Juv. Dept. v. Prince,* 20 Or App 213, 530 P2d 1251 (1975); *State ex rel Juv. Dept. v. Dee,* 19 Or App 193, 526 P2d 1036 (1974); *State ex rel Juv. Dept. v. Archuletta,* 12 Or App 596, 506 P2d 540, Sup Ct *review denied* (1973).